UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH G. TIGANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY SUPERIOR COURT, et al., <br><br> Defendants. | Case No. 24-cv-07001-JST <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Bernstein v. Lee,* 24-cv-00131-JSC.

**IT IS SO ORDERED.**

Dated: December 13, 2024



_____
JON S. TIGAR
United States District Judge